AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | Case: 1:22-mj-00062 |
| --- | --- |
| v. | Assigned To: Meriweather, Robin M. |
| Jeffrey Munger | Assign. Date: 3/11/2022 |
|  | Description: Complaint with Arrest Warrants |

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jeffrey Munger,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds

40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building

40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date: 03/15/2022

2022.03.15 17:54:56 -04'00'
Issuing officer's signature

City and state: Washington, D.C.   Robin M. Meriweather, U.S. Magistrate Judge
Printed name and title

**Return**

This warrant was received on *(date)* 3/15/22, and the person was arrested on *(date)* 3/23/22
at *(city and state)* Goshen, IN

Date: 3/23/22

Arresting officer's signature

Dale D. Llewellyn Jr, TFO
Printed name and title